RICHARD D. GRONNA #5391
Attorney at Law
Haseko Center
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 523-2441
Facsimile: (808) 521-4800
E-mail: rgronna@hawaii.rr.com

Attorneys for Defendant
KENNETH DUARTE

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KENNETH DUARTE,<br><br>             Defendant. | ) CR. NO. 02-00178-SOM<br>)<br>) ORDER GRANTING MOTION TO<br>) RELEASE MORTGAGED PROPERTY AS<br>) COLLATERAL FOR BAIL<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING MOTION TO RELEASE
MORTGAGED PROPERTY AS COLLATERAL FOR BAIL

The Defendant's Motion to Release Mortgaged Property as Collateral for Bail came on regularly for hearing on Friday September 24, 2004 at the hour of 10:00 a.m. before the Honorable Magistrate Judge Leslie E. Kobayashi in her Courtroom.  The United States of America was represented by Florence Nakakuni, the Defendant was present in Court and represented by his attorney Richard D. Gronna.

The Court having considered the records and files in this matter and the undertaking for bail furnished by the

- 2 -

above named defendant and that the Defendant has other collateral to satisfy the bail requirements pending sentencing;

It is hereby Ordered that the surety on the aforesaid undertaking posted by Lisa and Clifford Rafanan at the property and its improvements located at 504 Kahua Place, Paia, Hawaii 96779 and the aforesaid undertaking for bail be exonerated.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i   1/31/06

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES of AMERICA v. KENNETH DUARTE; CR. NO. 02-00178 SOM; ORDER GRANTING MOTION TO RELEASE MORTGAGED PROPERTY AS COLLATERAL FOR BAIL