```
                                            FILED IN THE
                                    UNITED STATES DISTRICT COURT
                                         DISTRICT OF HAWAII

                                            FEB 03 2006

                                    at ___ o'clock and ___ min ___M
                                         SUE BEITIA, CLERK
```

LAND COURT                              REGULAR SYSTEM

RETURN BY: MAIL ( ) PICK-UP (XX) TO:

AKAMAI FOR:
RICHARD D. GRONNA #5391
Attorney at Law
820 Mililani Street, Suite 502
Honolulu, Hawai'i 96813
Telephone: (808) 523-2441

*CR 02-00178 SOM*
*USA vs. Kenneth Duarte*

## RELEASE OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

THAT SUE BEITIA, CLERK OF THE COURT, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI'I, holder of that certain SECURED ACCOMODATION MORTGAGE IN THE AMOUNT OF TWENTY FIVE THOUSAND AND 00/100 DOLLARS ($25,000.00) filed/dated October 13, 2004, made by Bernice Duarte, of Paia, Maui, Hawai'i, as Mortgagor, recorded in the Regular System of the Bureau of Conveyances of the State of Hawai'i as document number 2004-209698, does hereby cancel, release, and forever discharge said Mortgage together with the bond thereby secured.

IN WITNESS WHEREOF SUE BEITIA, clerk of the Court, the United States District Court for the District of Hawai'i, has executed these present in this 3rd day of February, 2006.

                            THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF HAWAI'I

                            by SUE BEITIA
                            CLERK OF THE COURT

STATE OF HAWAI'I         )
                         )   SS.
CITY AND COUNTY OF HONOLULU  )

On this 3rd day of February, 2006, before me personally appeared SUE BEITIA, known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

_____
Print Name: Eileen Chun Sakoda
Notary Public, State of Hawaii
My commission expires: 3-21-2015