PROB. 12B
(7/93)

**ORIGINAL**

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: KENNETH JAMES DUARTE   Case Number: CR 02-00178SOM-006

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 1/23/2006

Original Offense:   Count 1: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Methamphetamine, in Violation of 21 U.S.C. §§ 841(a)(1) and 846, a class A felony.

Original Sentence:   Thirty (30) months imprisonment and a term of three (3) years supervised release with the following special conditions: 1) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office and; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision: Supervised Release   Date Supervision Commenced: 8/27/2007

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

Special Condition No. 4:   *That the defendant is prohibited from possessing and consuming alcohol throughout the term of supervised release.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. Special Condition No. 1 | The offender admitted to consuming alcohol while enrolled in substance abuse treatment. |

On 1/24/2008, the offender reported to this officer that he recently consumed alcoholic beverages at a family gathering. It is noted that during this time, the offender was actively participating in substance abuse treatment. In discussing his alcohol consumption, the offender indicated that he felt he was doing fine without having to consume alcohol but was struggling with the urge to drink.

In response to the violation, the offender was verbally admonished by this officer for consuming alcohol while participating in substance abuse treatment. Further, Special Condition No. 1 was reviewed with the offender and he was reminded that the Court ordered him to refrain from the possession and/or use of alcohol while in treatment. The offender was informed that in addition to participating in drug aftercare counseling with drug testing, that he was also to begin submitting to random alcohol testing.

To the offender's credit, he has made an effort to comply with the supervision conditions. He works as a truck driver and has maintained a stable residence. Following his recent use of alcohol, the offender took it upon himself to attend Alcoholics Anonymous (AA) as a corrective measure. He remains enrolled in substance abuse counseling with drug and alcohol testing.

Based upon his admission to consuming alcohol while in treatment, his voluntary attendance to AA meetings to address his alcohol consumption, and his expressed motivation to comply with all the conditions of supervision, it is recommended that the Court take no adverse action against the offender. However, in order to address any substance abuse issues related to alcohol, we are recommending that the Court modify the offender's supervised release conditions and impose the aforementioned special condition. It is noted that the offender has a substance abuse history that includes alcohol abuse. The offender has no objection to an alcohol prohibition.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

JOYCE K. F. K. LUM
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 3/18/2008

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

Susan Oki Mollway
U.S. District Judge

MAR 1 8 2008
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[X]   To modify the conditions of supervision as follows:

**Special Condition:**   *That the defendant is prohibited from possessing and consuming alcohol throughout the term of supervised release.*

Witness: _____          Signed: _____
JOYCE K.F.K. LUM                                              KENNETH JAMES DUARTE
U.S. Probation Officer                                        Probationer

1/28/08
Date

## NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_____
Defendant

Print Name: _Kenneth Duarte_

Date: _1/28/08_